IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

| | |
|---|---|
| KYLE P. TATE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08CV57-P-A |
| | ) |
| LYNN T. CARVEL, M.D., | ) |
| DESOTO DIAGNOSTIC IMAGING, | ) |
| LLC d/b/a CARVEL IMAGING, | ) |
| METHODIST LE BONHEUR HEALTHCARE | ) |
| and MEMPHIS RADIOLOGICAL | ) |
| PROFESSIONAL CORPORATION, | ) |
| Joint Venturers, | ) |
| | ) |
| Defendants | ) |

**ORDER STAYING CASE MANAGEMENT CONFERENCE PENDING RESOLUTION OF MOTION TO COMPEL ARBITRATION**

THIS MATTER having come before the Court on the joint motion of the Plaintiff and all Defendants for an Order staying the Case Management Conference until such time as the Defendants' pending Motion to Compel Arbitration and Stay Proceedings ("MTCA") has been ruled upon, and being advised in the premises the Court finds that the joint motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Case Management Conference currently scheduled to be held on August 4, 2008, is stayed pending resolution of the MTCA. This stay shall also operate to suspend the parties' obligations to submit a Proposed

Case Management Order and make disclosures under Fed.R.Civ.P. 26(a). In the event the MTCA is denied, the Court will enter an Order rescheduling the Case Management Conference, and the parties will be required to submit a Proposed Case Management Order and make disclosures under Fed.R.Civ.P. 26(a) no less than seven (7) days prior to the Case Management Conference.

SO ORDERED, this the 30th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE